IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No.    08-cv-01885-EWN

JORGE DAVID CRUZ,

    Petitioner,

v.

JOHN LONGSHORE, in his official capacity as Field Office Director, Immigration and Customs Enforcement; and
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security

    Defendants.

---

## **STIPULATION** AND **ORDER** REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED this 8th day of October, 2008.

                                        BY THE COURT:

                                        _____
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge

_____        _____
Counsel for Plaintiff                        Counsel for Defendant